```
JOHN CURTIS HUNTER WOMBLE         KEESLER FCU
KATIE LYNN WOMBLE                 ATTN: BANKRUPTCY DEPT
3512 N 8TH ST                     2602 PASS RD
OCEAN SPRINGS, MS 39564           BILOXI, MS 39531


THOMAS C. ROLLINS, JR.            KEESLER FCU
THE ROLLINS LAW FIRM, PLLC        ATTN: BANKRUPTCY
P.O. BOX 13767                    PO BOX 7001
JACKSON, MS 39236                 BILOXI, MS 39534


AIDVANTAGE                        MEMORIAL HOSPITAL
PO BOX 300001                     4500 13TH STREET
GREENVILLE, TX 75403              P.O. BOX 1810
                                  GULFPORT, MS 39501


BANK OF AMERICA                   ONE ADVANTAGE LLC
ATTN: BANKRUPTCY                  127 EAST SHORE PRKWY
4909 SAVARESE CIRCLE              SUITE A
TAMPA, FL 33634                   LA PORTE, IN 46350


CCRM FERTILITY                    SOUTHERN FINANCIAL SYS
8426 E SHEA BLVD                  P.O. BOX 15203
SCOTTSDALE, AZ 85260              HATTIESBURG, MS 39404


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


CITIBANK
ATTN: BANKRUPTCY DEPT
P.O.BOX 790046
ST. LOUIS, MO 63179


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176
```