United States Bankruptcy Court
Southern District of Mississippi

In re:  
John Curtis Hunter Womble  
Katie Lynn Womble  
    Debtors

Case No. 25-51566-KMS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Feb 27, 2026     Form ID: 318     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Curtis Hunter Womble, Katie Lynn Womble, 3512 N 8th St, Ocean Springs, MS 39564-8522 |
| 5578127 | + | CCRM Fertility, 8426 E Shea Blvd, Scottsdale, AZ 85260-6634 |
| 5578134 | + | Memorial Hospital, 4500 13th Street, P.O. Box 1810, Gulfport, MS 39502-1810 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: melissa.martin@kfcu.org | Feb 27 2026 19:38:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534, UNITED STATES 39534-7001 |
| 5578125 | + | EDI: MAXMSAIDV | Feb 28 2026 00:36:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5578126 | + | EDI: BANKAMER | Feb 28 2026 00:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5599425 | | EDI: BANKAMER | Feb 28 2026 00:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5578128 | + | EDI: JPMORGANCHASE | Feb 28 2026 00:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5578129 | + | EDI: CITICORP | Feb 28 2026 00:36:00 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5602699 | | EDI: CITICORP | Feb 28 2026 00:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5578130 | | EDI: DISCOVER | Feb 28 2026 00:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5578131 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 27 2026 19:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5586571 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2026 19:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5578133 | + | Email/Text: melissa.martin@kfcu.org | Feb 27 2026 19:38:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5578132 | + | Email/Text: melissa.martin@kfcu.org | Feb 27 2026 19:38:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5578135 | ^ | MEBN | Feb 27 2026 19:33:36 | One Advantage LLC, 127 East Shore Prkwy, Suite A, La Porte, IN 46350-2382 |
| 5578136 | + | Email/Text: angiec@mysfsinc.com | Feb 27 2026 19:38:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: 318 | Total Noticed: 17 |
| TOTAL: 14 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5586824 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Katie Lynn Womble trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor John Curtis Hunter Womble trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Curtis Hunter Womble** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–1820** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Katie Lynn Womble** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6775** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25–51566–KMS** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**John Curtis Hunter Womble**
aka John Curtis Womble

**Katie Lynn Womble**
aka Katie L Womble

Dated: 2/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**